UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-978-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| ANTHONY DODD, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the defendant's motion to continue the trial and to set a new motions deadline. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant a continuance to March 10, 2025, would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

THE COURT FINDS, in light of these factors, that it is unlikely that the defense can be reasonably ready to try this matter before March 10, 2025, at the earliest.

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay, in that defense counsel has indicated he require more time to prepare for trial and believes that March 10, 2025, is the earliest that they could

ORDER CONTINUING TRIAL
(*U.S. v. Anthony Dodd*, CR24-078-JHC) - 1

Geisness Law Firm
506 Second Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689

be available and prepared to proceed to trial. The Court finds that given the existing trial schedule, that this amount of time is, in fact, necessary.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until March 10, 2025.

IT IS FURTHER ORDERED that the motion deadlines is set for January 29, 2025.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

IT IS SO ORDERED.

DATED this 21st dat of June, 2024.

_____
The Honorable John H. Chun
United States District Judge

ORDER CONTINUING TRIAL
(*U.S. v. Anthony Dodd*, CR24-078-JHC) - 2

Geisness Law Firm
506 Second Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689