# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>ANTHONY RAYMOND DODD<br><br>　　　　　Defendant. | NO. CR 24-078-JHC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF |

Defendant has moved to file an overlength brief in support of his motion to suppress evidence. Dkt. # 40. For the reasons stated in that motion, the motion is granted.

Dated this 14th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order