UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br><br>Aka MARCHE PHARAOH DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>ORDER TO BIFURCATE TRIAL |

Defendant Anthony Raymond Dodd, through counsel Peter Camiel, and the United States of America, by and through Teal Luthy Miller, Acting United States Attorney, and Cecelia Gregson and Rachel Yemini, Assistant United States Attorneys, having moved by stipulation for an Order bifurcating the trial in this matter, Dkt. # 43, and the Court having considered the factual basis for bifurcation set forth in the stipulations as well as the file and record herein, the Court orders as follows:

IT IS HEREBY ORDERED that the stipulated motion is GRANTED. The trial in this matter will be bifurcated: Count 3 of the Indictment, the Unlawful Possession of a Firearm charge pertaining to ANTHONY RAYMOND DODD, shall be tried separately

//

//

immediately following the verdict on the remaining counts before the same jury.

DATED this 17th day of March, 2025.

JOHN H. CHUN
United States District Judge

Order to Bifurcate -  Page 2
*United States v. Anthony Raymond Dodd,* CR24-078 JHC