UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br><br>aka MARCHE PHARAOH DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>ORDER |

The Court GRANTS the motion at Dkt. # 45, and IT IS HEREBY ORDERED: Defendant's Motion in to Suppress Evidence (Dkt. #41) is re-noted for April 2, 2025.

The government's opposition is due March 28, 2025.

Defendant's optional reply brief is due April 2, 2025.

DATED this 19th day of March, 2025.

JOHN H. CHUN
United States District Judge

ORDER - 1
*United States v. Dodd* / CR24-078 JHC