UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br> aka MARCHE PHARAOH DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the unopposed Motion of the United States to File a Brief in Excess of 4,200 words, Dkt. # 49, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response in Opposition to Defendant's Motion to Suppress (Dkt. # 41) that does not exceed 7,841 words.

DATED this 9th day of April, 2025.

*[signature]*

JOHN H. CHUN
United States District Judge