UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>SEALING ORDER |

Before the Court is the Government's unopposed motion to seal. Dkt. # 51. Having considered the records of this case and the materials contained in Exhibit's B, F and I, the Court finds, as argued by the Government. That there are compelling reasons to file the Exhibits under seal. Accordingly, the Court GRANTS the motion.

DATED this 9th day of April, 2025.

JOHN H. CHUN
United States District Judge

Sealing Order – 1
*United States v. Dodd* / CR24-078-JHC