UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br>aka MARCHE PHARAOH DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>ORDER RE: DEFENDANT'S MOTIONS IN LIMINE |

This matter comes before the Court on Defendant Dodd's Motions in Limine. Dkt. # 70. The Court has considered the materials submitted in support of an in opposition to the motions, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

1.  Motion To "Limit Opinion Testimony About Connection Between Firearms and Drug Trafficking."

DENIED.

2.  Motion to Exclude "Text Messages on Cell Phone from Unknown Senders."

DENIED. The message at issue is not hearsay; it is not being offered for the truth of the matter asserted therein. The Court DIRECTS the parties to confer regarding an appropriate limiting instruction.

//

Order re: Defendant's Motions in Limine - 1
*United States v. Dodd* / CR24-078 JHC

3. Motion to Exclude "Defendant's Recorded Jail Calls."

STRICKEN as moot, as the Government has represented that it does not intend to offer the calls.

4. Motion to Limit "Testimony of DNA Expert or Argument About the DNA Results."

GRANTED.

5. Motion to Exclude Evidence and Argument about Seized Firearm Being Reported Stolen.

STRICKEN as moot, as the Government has represented that it does not intend to offer the evidence at trial.

DATED this 16th day of July, 2025.

JOHN H. CHUN
United States District Judge

Order re: Defendant's Motions in Limine - 2
*United States v. Dodd* / CR24-078 JHC