UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br>Aka MARCHE PHARAOH DODD,<br><br>Defendant. | NO. CR24-078 JHC<br><br>ORDER DENYING SUPPLEMENTAL MOTION IN LIMINE |

This matter comes before the Court on "Defendant's Late Supplemental Motion in Limine." Dkt. # 90. The Court has considered the motion, the opposition at Dkt. # 92, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion. The Court finds that, not only are the photos relevant, their probative value is not substantially outweighed by the danger of "unfair prejudice" or "needlessly presenting cumulative evidence." *See* Fed. R. Evid. 401, 402 & 403.

Dated this 18th day of June, 2025.

_____
JOHN H. CHUN
United States District Judge

Order Denying Supplemental Motion in Limine
*United States v. Dodd*, CR24–078 JHC- 1