UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-078-JHC |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY RAYMOND DODD, | |
| Defendant. | |

The Court has considered the motion submitted by Defendant's counsel to withdraw and for the appointment of new counsel to represent Mr. Dodd in his appeal. The motion to withdraw is granted and the Court DIRECTS CJA Administration to appoint new counsel to represent Mr. Dodd in his appeal

Dated this 5th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
(*USA v. Dodd CR24-078-JHC*) - 1