UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAYMOND DODD,<br><br>Defendant. | CASE NO. 24-cr-078-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion to Amend Judgment. Dkt. # 139. Plaintiff asks the Court to amend the judgment so his federal sentence of 120 months will run concurrently with the state court sentence imposed in King County Superior Court Cause No. 08-1-07662-4. *Id.* at 1. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the case file, and the governing law. Being fully advised, for the reasons below, the Court GRANTS the motion.

Under 18 U.S.C. § 3584(a), a federal court may order a federal sentence and state sentence to run concurrently. *See also Setser v. United States*, 566 U.S. 231, 236 (2012) ("Judges have long been understood to have discretion to select whether the sentences they impose will run concurrently or consecutively with respect to other sentences that they impose,

ORDER - 1

or that have been imposed in other proceedings, including state proceedings."). The Supreme Court has further recognized that this authority applies even if, "a federal judge anticipates a state sentence that has not yet been imposed." *Id.* The Court must consider the factors set forth in 18 U.S.C. § 3553(a) when determining whether the sentences imposed are to run concurrently or consecutively. 18 U.S.C. § 3584(b).

The Court has considered the factors enumerated in 18 U.S.C. § 3553(a). It also acknowledges that the state sentence will be imposed for the same conduct that led to Defendant's federal conviction. *See* Dkt. ## 139 at 2; 140 at 1–2. Here, the Court finds that concurrent sentences will best reflect the purposes of sentencing as set forth in 18 U.S.C. § 3553(a)(2).

Accordingly, the Court GRANTS Defendant's motion. Dkt. # 139. The Court ORDERS the Parties to submit a proposed amended judgment that shows that Defendant's federal sentence will run concurrently with his state court sentence in King County Superior Court Cause No. 08-1-07662-4.

Dated this 16th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2