UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY RAYMOND DODD,<br>aka MARCHE PHARAOH DODD,<br>Defendant. | NO. CR24-078-JHC<br><br>**FINAL ORDER OF FORFEITURE AS TO SUBJECT AMMUNITION** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the ammunition that was seized from Defendant Anthony Raymond Dodd's vehicle, on or about February 22, 2024, which has already been forfeited by the Defendant (the "Subject Ammunition"). Dkt. # 163.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 21, 2025, the Court entered a Preliminary Order of Forfeiture finding a Glock 45, 9mm semiautomatic pistol and the Subject Ammunition forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), by way of

28 U.S.C. 2461(c), and forfeiting, to the United States, the Defendant's interest in this property (*see* Dkt. No. 136);

- The United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 159), and attempted to provide direct notice, by means reasonably calculated to reach them, to three potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Dkt. No. 161 ¶¶ 2-6 & Exhibits A-C);
- The United States has used all available efforts to send notice by means reasonably calculated to reach the potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6) and Supp. Rule G(4)(b).
- The time period for filing third-party clams has expired, and no claims to the Subject Ammunition were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Ammunition exists in any party other than the United States.

2. The Subject Ammunition is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Ammunition as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE